SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

DIRECT DIAL
212-735-2590
DIRECT FAX
917-777-2590
EMAIL ADDRESS
EHELLMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

December 5, 2003

Tony Anastas
Clerk of Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Ioakim v. Putnam Investment Management, LLC,
      Docket No. 03-CV-12402 (MLW)

Dear Mr. Anastas:

The above-captioned action is pending in the District of Massachusetts and has been noticed as a related action in In re Putnam Mutual Funds Investment Litigation, MDL Docket No. 1590. A copy of the Notice of Related Actions that was filed with the Judicial Panel on Multidistrict Litigation and served on plaintiffs in the action today is enclosed.

Very truly yours,

*Elizabeth A. Hellmann*

Elizabeth A. Hellmann

Enclosure