BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

FILED
IN CLERKS OFFICE

2003 DEC -9  A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PUTNAM MUTUAL
FUNDS INVESTMENT LITIGATION

MDL Docket No. 1590

## NOTICE OF RELATED ACTIONS

TO THE CLERK OF THE PANEL:

The Putnam Management Defendants hereby notify the Clerk of the Panel of the following related actions in which the Putnam Management Defendants have been named as defendants:

1. *Antonio Ioakim, Pasqualina Ioakim, Mary G. Naples, William John Glebus Jr., Edward Newman, Miriam Newman, Anthony Antoniello, Nancy Ann Antoniello, Charles Kalivas, Cathy Kalivas, Paolo LaFrancesca, Maria LaFrancesca, and John Assetta Jr. v. Putnam Investment Management, LLC*, No. 03-CV-12402 ("*Ioakim*"), pending in the United States District Court for the District of Massachusetts, and assigned to Judge Mark L. Wolf. Copies of the Complaint filed in this action and the current docket sheet are attached hereto as Exhibit A.

2. *Leslie Turbowitz v. Marsh & McLennan Companies, Inc., Jeffrey W. Greenberg, and Lawrence J. Lasser*, No. 03-CV-9439 ("*Turbowitz*"), pending in the United States District Court for the Southern District of New York. Copies of the Complaint filed in this action and the current docket sheet are attached hereto as Exhibit B.

*Ioawkim* and *Turbowitz* share common questions of fact with the other actions that are the subject of the Putnam Defendants' Motion for Transfer and Coordination or Consolidation submitted to the MDL Panel on November 12, 2003.

Respectfully Submitted,

_____
Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

James R. Carroll
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3194
(617) 573-4800

Attorneys for Putnam Management
Defendants

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

FILED
CLERKS OFFICE

2003 DEC -9  A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PUTNAM MUTUAL           :     MDL Docket No. 1590
FUNDS INVESTMENT LITIGATION   :
                              :

## PROOF OF SERVICE

Pursuant to Rule 5.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Putnam Management Defendants, through undersigned counsel, certify that, on December 5, 2003, copies of the Notice of Related Actions were served by U.S. Mail, First Class, upon the persons listed on the attached chart.

Respectfully Submitted,

_____
Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

James R. Carroll
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3194
(617) 573-4800

Attorneys for Putnam Management
Defendants