AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ANTONIO IOAKIM ET AL

v.

PUTNAM INVESTMENT MANAGEMENT, LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 03-12402MLW

TO: (Name and address of Defendant)
Putnam Investment Management, LLC
One Post Office Square
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon St., Suite 106
Boston, MA 02461
(617)964-1177

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                    November 26, 2003
CLERK                           DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>December 1, 2003 |
| **NAME OF SERVER**<br>BURTON M. MALKOFSKY | **TITLE**<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to _____ **Mr. Joe Bacon, Compliance Officer and** _____
Duly Authorized Agent for the within-named _____ **Putnam Investment Management, LLC.** _____
Said service was made at:
_____ **2 Liberty Square, Boston** _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 48.00 | $ 48.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ December 1, 2003 _____
         Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 12/1/03 | | No service at One Post Office Sq., Boston, Ma. - Process Server was informed all process must be served at 2 Liberty Sq., Boston, Ma............ | $ 24.00 |
| | | | $_____.00 |
| 12/1/03 | | Service was made at 2 Liberty Sq., Boston, Ma......................... | $ 24.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | TOTAL | $ 48.00 |

**DUE & DILIGENT SEARCH**:    $ _____.00    No service was made because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    **Boston, MA  02109**            Fax #         (617) 720-5737