2.20.04
Kim

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIRANDA ZUBER, et al | : | Civil Action WGY |
| Plaintiffs, | : | No. 03-12175-~~MLW~~ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | 20 |
| Defendant. | : | |
| ANN SCHNEPS DUBIN, et al | : | Civil Action WGY |
| Plaintiffs, | : | No. 03-12209-~~MLW~~ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| Defendant. | : | |
| EVON YAMEEN, et al | : | Civil Action WGY |
| Plaintiffs, | : | No. 03-12222-~~MLW~~ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| Defendant. | : | |
| DIANE HUTTO, et ano | : | Civil Action |
| Plaintiffs, | : | No. 03-12227-RWZ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EDWARD CASEY, et al | : | Civil Action WGY |
|     Plaintiffs, | : | No. 03-12273-MLW |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
|     Defendant. | : | |
| JOHN K. CLEMENT, et ano | : | Civil Action |
|     Plaintiffs, | : | No. 03-12400-RWZ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
|     Defendant. | : | |
| ANTONIO IOAKIM, et al | : | Civil Action WGY |
|     Plaintiffs, | : | No. 03-12402-MLW |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
|     Defendant. | : | |
| JOANNE S. BASEMAN, | : | Civil Action |
|     Plaintiffs, | : | No. 03-12526-RWZ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
|     Defendant. | : | |

| | |
|---|---|
| SETH B. MARKS, | : |
|                                   Plaintiffs, | :    Civil Action |
| | :    No. 03-12441-RWZ |
| v. | : |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : |
|                                   Defendant. | : |

### MOTION OF THE HUTTO GROUP FOR LEAVE TO FILE REPLY TO THE OPPOSITION OF CYNTHIA PULEO TO THE DERIVATIVE PLAINTIFFS' MOTION TO CONSOLIDATE DERIVATIVE CASES AND APPOINT LEAD COUNSEL

Plaintiffs Hutto, Clement, Baseman and Marks (the "Hutto Group"), movant in the above-captioned actions, hereby moves this Court for leave to file their *Reply to Cynthia Puleo's Opposition to Derivative Plaintiffs' Motion to Consolidate Derivative Cases and Appoint Lead Counsel.*[1]

On January 6, 2004, the Hutto Group moved this Court to consolidate the derivative actions and appoint lead counsel in the derivative actions (the "Derivative Plaintiffs' Motion"). On January 28, 2004, after the deadline to file oppositions had passed, Cynthia Puleo submitted an opposition to the Derivative Plaintiffs' Motion.

Wherefore, the Hutto Group respectfully prays that leave be granted to file their *Reply to Cynthia Puleo's Opposition to Derivative Plaintiffs' Motion to Consolidate Derivative Cases and Appoint Lead Counsel* submitted herewith.

---

[1] The Hutto Group's reply is part of its timely filed opposition *Opposition to Cynthia Puleo's Motion for Leave to File Amicus Curiae Brief.* Should the Court deny the Hutto Group's motion for leave to reply and if the Court prefers, the Hutto Group will resubmit a separated document containing only its opposition.

Dated: Boston, Massachusetts  
February 17, 2004

**DEUTSCH WILLIAMS BROOKS DERENSIS & HOLLAND, P.C.**

By: _____  
Steven J. Brooks  
Robert D. Hillman  
99 Summer Street  
Boston, MA 02110  
(617) 951-2300  
rhillman@dwboston.com

**WOLF HALDENSTEIN ALDER FREEMAN & HERZ LLP**  
Daniel W. Krasner  
Mark C. Rifkin  
Demet Basar  
Robert Abrams  
Christopher S. Hinton  
270 Madison Avenue  
New York, NY 10016  
(212) 545-4600

**CHIMICLES & TIKELLIS**  
Nicholas E. Chimicles  
Denise Davis Schwartzman  
Timothy N. Mathews  
Attorney I.D. No. 40659  
361 W. Lancaster Avenue  
Haverford, PA 19041  
(610) 642-8500

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP.**  
Stanley M. Grossman  
Ronen Sarraf  
100 Park Avenue  
New York, N.Y. 10017-5516  
(212) 661-1100

**CHITWOOD & HARLEY**  
Martin D. Chitwood  
Lauren D. Antonino  
2300 Promenade II  
1230 Peachtree Street, NE  
Atlanta, GA 30309  
(404) 873-3900

**ATTORNEYS FOR PLAINTIFFS**